# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

CHARLES MONTAGUE,

    Plaintiff/Appellant,

VS.

TENNESSEE DEPARTMENT OF
CORRECTIONS,

    Defendant/Appellee,

)
)
)
)
)
)
)
)
)
)

Davidson Chancery
No. 96-3872-III

Appeal No.
01A01-9711-CH-00667

**FILED**

**June 12, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

## O R D E R

    The appellant has filed a petition to rehear which has been examined and found to be without merit.  It is therefore denied.

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM C. KOCH, JR., JUDGE